IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY DEAN THOMPSON                                         PLAINTIFF

v.                              No. 4:11-cv-694-DPM

THE HONORABLE CRAIG HANNAH;
ROBERT HUDGINS; ROBERT ABNEY;
PAUL A. SCHMIDT, SR.; THOMAS
HUGHES; and BUCK GIBSON                                     DEFENDANTS

## ORDER

Thompson filed a notice of change of address with the Court, *Document No. 17*, in which he also requested a "90 day [extension] to find a lawyer." As Thompson is nearing the 120-day limit for service of his complaint, the Court construes this request as one for more time under Rule 4(m). For good cause, the Court grants this request in part — Thompson must serve his complaint on the Defendants by 1 March 2012 or it will be dismissed. FED. R. CIV. P. 4(m).

Whether or not Thompson retains a lawyer or proceeds on his own is up to him, and the case will proceed regardless. But if Thompson decides to proceed *pro se*, the Court cautions that he must comply with Local Rule 5.5(c)(2) and must familiarize himself with the Federal Rules of Civil Procedure.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_9 January 2012_