IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY DEAN THOMPSON                                               PLAINTIFF

v.                          No. 4:11-cv-694-DPM

THE HONORABLE CRAIG HANNAH;
ROBERT HUDGINS; ROBERT ABNEY;
PAUL A. SCHMIDT, SR.; THOMAS
HUGHES; and BUCK GIBSON                                           DEFENDANTS

ORDER

Thompson filed a notice of change of address with the Court, *Document No. 17*, in which he also requested a "90 day [extension] to find a lawyer." As Thompson is nearing the 120-day limit for service of his complaint, the Court construes this request as one for more time under Rule 4(m). For good cause, the Court grants this request in part—Thompson must serve his complaint on the Defendants by 1 March 2012 or it will be dismissed. FED. R. CIV. P. 4(m).

Whether or not Thompson retains a lawyer or proceeds on his own is up to him, and the case will proceed regardless. But if Thompson decides to proceed *pro se*, the Court cautions that he must comply with Local Rule 5.5(c)(2) and must familiarize himself with the Federal Rules of Civil Procedure.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2012