IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODNEY DEAN THOMPSON**  PLAINTIFF

v.  No. 4:11-cv-694-DPM

**THE HONORABLE CRAIG HANNAH;
ROBERT HUDGINS; ROBERT ABNEY;
PAUL A. SCHMIDT SR.; THOMAS
HUGHES; and BUCK GIBSON**  DEFENDANTS

## JUDGMENT

Thompson's complaint, *Document No. 2*, is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 April 2012