IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY DEAN THOMPSON                                              PLAINTIFF

v.                              No. 4:11-cv-694-DPM

THE HONORABLE CRAIG HANNAH;
ROBERT HUDGINS; ROBERT ABNEY;
PAUL A. SCHMIDT SR.; THOMAS
HUGHES; and BUCK GIBSON                                          DEFENDANTS

JUDGMENT

Thompson's complaint, *Document No. 2*, is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2012